[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.]
MEMORANDUM OF DECISION
The plaintiff, Snowy Night, Firelight, Woodsmoke Warmth, L.L.C. has appealed the assessment of its commercial property located at 29 Industrial Park Road in New Hartford, in the amount of $1,432,640 based upon a total value of $2,046,628.57 on the tax lists of October 1, 1995 and October 1, 1996.
As stated in Xerox Corp v. Board of Tax Review, 240 Conn. 192
(1997), at 204, "We recently restated the basic principles of the law governing a tax appeal pursuant to § 12-117a. We observed that, in such an appeal, 'the trial court tries the matter de novo and the ultimate question is the ascertainment of the true and actual value of the [taxpayer's] property . . . . At the de novo proceeding, the taxpayer bears the burden of establishing that the assessor has overassessed its property . . . . The trier of fact must arrive at his own conclusions as to the value of [the taxpayer's property] by weighing the opinion of the appraisers, the claims of the parties in light of all the circumstances in evidence bearing on value, and his own general knowledge of the elements going to establish value." . . . .
The plaintiff called as an witness James C. Jerran, III who CT Page 8359 testified that the highest and best use of the property is for industrial use as improved. He concluded that in his opinion the fee-simple of the property as of October 1, 1995 was as follows:
 Cost approach $1,320,000 Income Capitalization Approach $1,150,000 Sales Comparison Approach $1,425,000
He concluded that, "After reconciling the various value indications, the market value of the subject property, was estimated to be $1,325,000 (appropriately rounded), including an estimated land value of $220,000. A deduction of $25,000 was made to account for the estimated cost to connect to the public sewer line, resulting in the final value indication of $1,300,000."
Mr. Jerran considered six sites in reaching his conclusion for value based upon a sales comparison approach. They are as follows:
Land Building office Comp. Address Sale Date Area Area Finish
#1 70 Horizon Drive 13-Jul-89 4.78 51,879 11% Bristol Acres Sq. Ft.
#2 14 International Drive 10-Jan-89 3.998 40,111 8% East Granby Acres Sq. Ft.
#3 2 Connecticut Dr. South 20-Dec-88 5.25 37,553 22% East Granby Acres Sq. Ft.
#4 440 Hayden Station Rd. 31-Aug-89 3.71 42,120 5% Windsor Acres Sq. Ft.
#5 Industrial Park Road 1989 8.84 110,352 10% New Hartford[1] listing Acres Sq. Ft.
#6 11 Britton Drive 09-Mar-89 3.99 29,857 5% Bloomfield Acres Sq. Ft.
Subject 29 Industrial Park Rd. 01-Oct-89 8.836 50,501 4% New Hartford Acres Sq. Ft.
ceiling Year Built/ Purchase Unit Comp. Address Height Qual./Cond. Price Price CT Page 8360
#1 70 Horizon Drive 20 feet 1987 $2,076,145 $40.02 Bristol sprinklered Good/Good
#2 14 International Drive 26 feet 1983 $1,600,000 $39.89 East Granby sprinklered Good/Good
#3 2 Connecticut Dr. South 16 feet 1986 $1,987,100 $52.91 East Granby sprinklered Good/Good
#4 440 Hayden Station Rd. 24 feet 1985 $1,200,000 $28.49 Windsor sprinklered Avg/Avg
#5 Industrial Park Road 19 feet 1981 $3,750,000 $33.98 New Hartford sprinklered Avg/Good
#6 11 Britton Drive 20 feet 1979 $756,000 $25.35 Bloomfield none Avg/Good
Subject 29 Industrial Park Rd. 19 feet 1980 ----- ----- New Hartford Avg/Good